# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2017 AUG 18  AM 9: 02

DEPUTY CLERK_____

Teel S. Styles
_____
Plaintiff

v.

Fellowship Church Edwin Barry Young
_____
Defendant

**3-17CV2199-C**

Civil Action No.

## COMPLAINT

I Teel Styles Is hereby bringing about this claim against Fellowship Church Senior Pastor Edwin Barry Young on the Grounds of Illegal Federal and State Prostitution Illegal Abetting, Harassment, Sexual Harassment slander Defamation, Domestic Clergy Violence involving a Minor Child. I state for the Record that, Edwin Barry Young Was brought Before Federal allegation and was sued through the Equal Opportunity Employment Commission Under case Cause #450-2013-01587 on or about March 2013 and Then, On A second Charge under case cause #450-2014-01535 on or about march 2014 with On-going Harassment including an Enjoining state Crime Of North Carolina. See Attached Disposition. I state for the Record A dis- Regard to the Original Claimant Whereby, This claim was Set aside to make State History Regard Illegal Prostitution. I State that, I do Not Know Edwin Young Pass the Stage of one of his Local Church congregations and have Not Had Direct Communication with Him in any way. I State for the Record that, My Child And I have been away from his Church Since January,2013. and Has 'Never" Been To the Grapevine Campus of His Church (S). It would be in my best interest to bring Edwin Young back in Federal Court for Reason that, the true and Correct Reason of this Claim is going Unknown. Concealing True allegation of what Encounterd through The Equal opportunity Employment Commission Before what is Known As His Prostitution Oral Sex History Abbetting. I state for the Record that Edwin Young is Continiuosly is Invading the privacy of Married Couples Failing to Maintain His Personal Affairs As A married Spouse to his wife.

\* Attach additional pages as needed.

| | |
|---|---|
| Date | 07/30/2017 |
| Signature | Teel S Styles  *[signature]* |
| Print Name | Teel S. Styles |
| Address | P.O. Box 601414 |
| City, State, Zip | Dallas Texas 75360 |
| Telephone | 972 805-7783 |

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Teel S. Styles
Plaintiff

v.

Civil Action No.

Fellowship Church Edwin Barry Young
Defendant

## COMPLAINT

Same like allegation with Additional crime Aggregation in sexual violence of vaginity fraud  crime Harassing my virginity area In insult of  Stinky in Texas and  Another State of  North Carolina. Violating  Civil Right and the Right to privacy invading intruding in one's life.

Governmental penalty of illegal  Prostitution. See All Exhibits Intended for Discovery.

Texas Crime Victims, Equal Opportunity Employment Commission Charge, North Carolina Crime Victims  Case cause with Failure to Respond in a Appeal Process Regarding Criminal Mischief  Entering An indwelling place without Court Order,under Case Cause #14-56343

\* Attach additional pages as needed.

| | |
|---|---|
| Date | 07/30/2017 |
| Signature | Teel S Styles |
| Print Name | Teel S. Styles |
| Address | P.O. Box 601414 |
| City, State, Zip | Dallas  Texas 75360 |
| Telephone | 972 805-7783 |

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## Dallas District Office

207 S. Houston Street, 3ʳᵈ Floor
Dallas, TX 75202-4726
Toll Free: 866-408-8075
Potential Charge Inquiries: 800-669-4000
TTY (214) 253-2710
FAX (214) 253-2720
http://www.eeoc.gov

Dallas District Office
   San Antonio Field Office
   El Paso Area Office

**Teel Styles**
**P.O. Box 601414**
**Dallas, TX  75360**

*A Dis Regard to the Original Claimant. A Domestic Claim That Changed to Abetting Prostitution*

Re:   Teel Styles vs. Fellowship Church Ft. Worth
        EEOC Charge No.:450-2013-01587

Ms. Styles,

This letter is concerning your inquiry received in our

The Equal Employment Opportunity Commission (E
employment discrimination against employees or ap

(1)       race, color, sex, religion, or national origin as defined in Title VII of the Civil
Rights Act of 1964, as amended.   The employer must employ a minimum of fifteen (15)
employees.

(2)       age (40 or over) as defined in the Age Discrimination in Employment Act of 1967,
as amended.  The employer must employ a minimum of twenty (20) employees.

(3)       disability (physical or mental) as defined in the Americans with Disability Act of
1990 (ADA) and the American with Disabilities Act Amendments Act of 2008 (ADAAA).
The employer must employ a minimum of fifteen (15) employees.

(4)       sex (wages) as defined in the Equal Pay Act of 1963.  The employer must
employ one (1) or more persons of the opposite sex who are employed at the same
establishment, for work- the performance of which requires substantially equal skill,
effort, and responsibility-performed under similar working conditions.

(5)       genetic information as prohibited under the Genetic Information
Nondiscrimination Act of 2008 (GINA).  The employer must employ a minimum of
fifteen (15) employees.

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Dallas District Office**

207 S. Houston Street, 3rd Floor
Dallas, TX  75202-4726
Toll Free: 866-408-8075
Potential Charge Inquiries: 800-669-4000
TTY (214) 253-2710
FAX (214) 253-2720
http://www.eeoc.gov

Dallas District Office
  San Antonio Field Office
  El Paso Area Office

**Teel Styles**
**P.O. Box 601414**
**Dallas, TX  75360**

Re:   Teel Styles vs. Fellowship Church Ft. Worth
        EEOC Charge No.:450-2013-01587

Ms. Styles,

This letter is concerning your inquiry received in our office on February 12, 2013.

The Equal Employment Opportunity Commission (EEOC) enforces laws that prohibit employment discrimination against employees or applicants based on:

(1)     race, color, sex, religion, or national origin as defined in Title VII of the Civil Rights Act of 1964, as amended.   The employer must employ a minimum of fifteen (15) employees.

(2)     age (40 or over) as defined in the Age Discrimination in Employment Act of 1967, as amended.  The employer must employ a minimum of twenty (20) employees.

(3)     disability (physical or mental) as defined in the Americans with Disability Act of 1990 (ADA) and the American with Disabilities Act Amendments Act of 2008 (ADAAA). The employer must employ a minimum of fifteen (15) employees.

(4)     sex (wages) as defined in the Equal Pay Act of 1963.  The employer must employ one (1) or more persons of the opposite sex who are employed at the same establishment, for work- the performance of which requires substantially equal skill, effort, and responsibility-performed under similar working conditions.

(5)     genetic information as prohibited under the Genetic Information Nondiscrimination Act of 2008 (GINA).  The employer must employ a minimum of fifteen (15) employees.

Please type or print the factual details of your complaint in the space provided below. **Please include the date(s) of the alleged misconduct.** If more space is needed, attach additional sheets. Please sign and date each additional sheet. Your complaint should be as specific as possible, PLEASE DO NOT CITE CASE LAW IN YOUR COMPLAINT.

**Date(s) of Alleged Misconduct of Judge:** FILE OF A CHARGE                                                  PAGE2

**Factual Details of your complaint against Judge:**

I CLAIM MUTIPLE VIOLATIONS OCCURED THROUGH THIS ORGANIZATION AFTER ATLEAST,A YEAR LONG SEXUAL HARRASEMENT OF A LEADER,WHICH WAS SAID TO HAVE BEEN A SPRITUAL CONNECTION FOR A FUTURE RELATIONSHIP.

MY CHILD BECAME A VICTIM OF A CHURCH RELATED OFFENSE THAT OCCURED AT _Fellowship Church_ LOCATED AT _508 Cancell St. Ft. Worth Tx_ WHICH UNDER FEDERAL LAW IS PROHIBTED ANND IS GROUNDS FOR A LAWSUITE UNDER THE RELIGIOUS BELIEF LAW ACT.

THIS TEACHER WHO NAME ,TO THE BEST OF MY KNOWLEDGE IS SAID TO BE _Michelle_ A PRESCHOOL TEACHER OF THE CHILDERN MINISTRY AND KNOWN TO BE A FOSTER PARENT.THIS PERSON MADE AN AWFUL OUTBURST IN THE CLASSROOM THAT HELD AT LEAST20-30 STUDENTS AND ATLEAST ONE OTHER WORKER. TOWARDS MY CHILD THERE ON THE RELIGIOUS GROUND OF THE CHURH AND IS IN VIOLATION OF THE LAW UNDER THE CHILD PROTECTIVE SERVICE PENAL CODE.THIS INDIVIDUAL IS A CAUCASIN FEMALE THAT STANDS APPROX 6;1 OR ABOVE IN HEIGHT AND TO REACH ANY CHILD IN THIS MINISTRY ,SHE WOULD HAVE HAD TO EXCERCISE RANGE OF MOTION POSTIONING.

I CLAIM THIS OUTBUST WAS AN INTENTIONAL ACT(PREMEDITATED MURDER) TOWARDS THE CHILD DUE TO THE FACT THAT SHE ATTACKED THE CHILD AS THE CHILD ENTERED THE CLASSROOM.I CLAIM THAT THIS TEACHER ENGAGED HER SELF IN A CRIMINAL ACT THAT INVOVLES THIS AND OTHER ORGANIZATION THAT IS IN CONJUCTION WITH THE INTENTIOAL PLOT OF DESSTRUCTION,I SEEKING CRIMINAL PROSECUTION LEAVE OF ABSENCE, TEMPORARY REMOVAL OF THE FOSTER CHILD, AND DAMAGES FOR THE INSULT AND INJURY THE EMBARRASEMENT AS WELL AS THE VIOLATION THAT WERE SET OUT.

THIS CONGREGATIOANL HARRSEMEMT WAS INDEED REPORTED TO THE CHILD PROTECTIVE SERVICE.AND DUE TOTHE FACT THAT CHILD PROTECTIVE SERVICES WAS IN FACT INRECKLES IN A PRIOR CASE,THEY FAILED TO RESPOND AND IS SUBJECT TO A INCONNECTION LAWSUIT ONGOING COMPLICATION SUFFER THESE CRIME AND DEMAND OF FEDERAL INVESTIGATION IS THE CAUSE OF THIS CLIAM.

Printed Name:TEEL STYLES

Signature: _Teel Styles_                                           Date: _01-34-2018_

Revised 9 /13/2000



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Dallas District Office**

207 S. Houston Street, 3rd Floor
Dallas, TX 75202-4726
Toll Free: 866-408-8075
Potential Charge Inquiries: 800-669-4000
TTY (214) 253-2710
FAX (214) 253-2720
http://www.eeoc.gov

Dallas District Office
San Antonio Field Office
El Paso Area Office

March 24, 2014

Teel Styles
P.O. Box 601414
Dallas, TX 75360

Re: 450-2014-01535N

Dear Ms. Styles:

This letter is concerning your inquiry received in our office on March 7, 2014.

The Equal Employment Opportunity Commission (EEOC) enforces laws that prohibit employment discrimination against employees or applicants based on:

(1)     race, color, sex, religion, or national origin as defined in Title VII of the Civil Rights Act of 1964, as amended.   The employer must employ a minimum of fifteen (15) employees.

(2)     age (40 or over) as defined in the Age Discrimination in Employment Act of 1967, as amended.  The employer must employ a minimum of twenty (20) employees.

(3)     disability (physical or mental) as defined in the Americans with Disability Act of 1990 (ADA) and the American with Disabilities Act Amendments Act of 2008 (ADAAA). The employer must employ a minimum of fifteen (15) employees.

(4)     sex (wages) as defined in the Equal Pay Act of 1963.  The employer must employ one (1) or more persons of the opposite sex who are employed at the same establishment, for work- the performance of which requires substantially equal skill, effort, and responsibility-performed under similar working conditions.

(5)      genetic information as prohibited under the Genetic Information Nondiscrimination Act of 2008 (GINA).  The employer must employ a minimum of fifteen (15) employees.

(6)      retaliation for having filed a charge of employment discrimination, or for testifying in equal employment opportunity matters, or for having otherwise opposed discrimination prohibited by the laws EEOC enforces as referenced above in paragraphs 1through 5.

Each act of discrimination must have occurred within the last 300 days.

Your inquiry does not suggest you are stating a claim against your employer or that you are alleging a violation of the Statutes as defined above.  Therefore, we have no jurisdiction or authority to process a complaint on your behalf.

We regret we cannot help you.

Sincerely,

*Shelia Justice*
Shelia Justice
Investigator
(214) 253-2875

Please type or print the factual details of your complaint in the space provided below. **Please include the date(s) of the alleged misconduct.** If more space is needed, attach additional sheets. Please sign and date each additional sheet. Your complaint should be as specific as possible. PLEASE DO NOT CITE CASE LAW IN YOUR COMPLAINT.

**Date(s) of Alleged Misconduct of Judge:** EQUAL OPPORTUNITY EMPLOYMENT COMMISSION (EEOC)

**Factual Details of your complaint against Judge:**

REQUEST FOR RE-OPENING OF A CHARGE

I am requesting an re-opening of charge of new fact finding in regards to a charge that was filed and set-aside without the proper appeal process.(omission of an appeal).I bring this charge of a second time to the federal bureau of investigation on the grounds of. Extortion,destruction of wealth conspiracy organization of a crime, crime sex abuse, defamation,exploitation,.harrasement, crime scrutiny, violation of protective class, prostitution,penal code(2502) , participation of street gang violence-and multi organization violence crime rights violation, church pastoral right of confidentiality, parental rights interference child abuse, clergy violation, retaliation of filing charge against the organization,counsel harassment,facility shower and hotel organizational code(21-15) improper photograph or video recording without court order,engagement in domestic family violence , government court crime abuse of government prostitution(government prostitution scandal).hippa health care law violation and criminal negligence

I bring this charge back on the grounds of cover up on the federal bureau of investigation to offset the original claim that was set forth in regards to sexual harassment and child abuse charge filed less than one year ago in the federal court of Dallas Texas. As of this date non representation of hired counsel has been served on by certified mail,and or through crime victims. And the state law require counsel of crime victims to serve notice of hire. On through the Texas crime victims department of the attorney general and non as done so at this time, so claim criminal trespass on un - hired counsel,family ,friends or public servant that participated in the act of an crime.

State department of child wel-fare, Texas attorney general crime victims,Texas attorney general child support division ,commission of judicial conduct,Law office of Scott palmer and David Housel .law office of Dennis Brewer,Fellowship church pastor of Ed Young,Grapevine TX Dallas ,ft worth District attorneys offices. Plano police department,dallas police department,fort worth police department,salvation army of fort-worth Texas Dallas court court,and curt of Tarrant county Texas.

I claim under government penalty a prostitution scandal to offset a child abuse and sexual harassment claim. A family was member that I had non contacted with for aleast3-4 years,who was not a member of this organization was brought into this organization by federal government for an sexual encounter with a pastor violation of licensing )with participation of engagement through these individuals and organization but not limited too. For destruction of wealth. I claim federal offense on the said person(s)set forth and seeking criminal prosecution on the agencies and individuals who participated in a sex abuse crime to cover the initial claim.

Printed Name: _____

Signature: _____   Date: _____

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

SEAGOVILLE TX 75159

| | | |
|---|---|---|
| Certified Mail Fee | $3.35 | 0159 |
| | $2.75 | 7 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | | |
| Postage | $0.49 | |
| Total Postage and Fees | | 08/03/2017 |
| | $6.59 | |

Sent To *Police Chief Raymond Calverly*

Street and Apt. No., or PO Box No. *600 N. Hwy 175 Seagoville*

City, State, ZIP+4® *Texas  75155*

7016 0910 0001 0775 1919

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

```
             Mail
             Letter
             (Domestic)
             (SEAGOVILLE, TX 75159)
             (Weight:0 Lb 0.80 Oz)
             (Expected Delivery Day)
             (Saturday 08/05/2017)
                          1              $3.35
Certified
             (@@USPS Certified Mail #)
             (70160910000107751919)
                          1              $2.75
Return
Receipt
             (@@USPS Return Receipt #)
             (95909402219361930978897)
                          1            ($0.61)
Affixed
Postage
             (Affixed Amount:$0.61)

                                         $6.59
Total
                                         $6.59
Debit Card Remit'd
             (Card Name:Debit Card)
             (Account #:XXXXXXXXXXXX0522)
             (Approval #:            )
             (Transaction #:999)
             (Receipt #:007673)
             (Debit Card Purchase:$6.59)
             (Cash Back:$0.00)


*****************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at select
Post Offices.
*****************************************

Text your tracking number to 28777
```

Seagoville police Department                          July 3,2017

Police chief Raymond Calvary

600 N. HWY 175 Seagoville Texas 75159

(972)287-2999

Fax(972)287-2917


Dear police chief Raymond  Calverly.  I Teel styles is hereby  writing you this letter informing you of a Very Important and Very Critical Business matter that demands your most immediate Regards.


I Teel styles State for the Record that I suspect  an Organization to a Real Property, Entering A indwelling place  without court Order. Criminal Mis –chief penal Code 28.03 tampering with the building Foundation while in the building process  Surveillanceing  by means of a hidden camera of a private property invasion of privacy (criminal violation of the privacy Act) whereby underground  wiretap,  Roof top, Power outlets  Facility shower stall and kitchen Aid.


I suspect that these allegations  might Involve but not limited too: Home Builders, Enter city limits police officer, Outer city limits police officer, an un- Retained Attorney Counsel, of David Housel , Attorney Scott Palmer,  Attorney Dennis Brewer,  Ed young of Fellowship Church, Undercover Detective,  A Public Administrator (government official)  salvation Army Ft. worth, North Carolina Administration Senator Of State etc.

This behavior Represent Dis Respect to the married  Household Family breach of Contract between the mortgage Holder and the Leanders therof.  Therefore, I bring about this crime to the police Department of Seagoville  Texas with a complaint on the ground criminal Trespass allegation.

I State for the Record that this  Real Property foundation was s been built from ground up approximately one year and the complaint is been ongoing with communication with Regarding Sexual Violence in connection to a Crime Clergy association that was file in several Administration Government Sectors ranging from  Equal Opportunity Employment Commission  The Texas Attorney General  Crime Victims Court , Walmart Corporation, Dfw Airport,  State  Department of North Carolina etc.

This Report will also be filed with the Seagoville police Department with seeking a drafted police Report # as well sending a copy a letter of  in-tent to file criminal charges to the Home builder..

Therefore, I am  Request  the Police Department to take some  Very Serious Safety matter upon receiving this Request.

Real Property Address as mentioned As --------------------------------------------------------
------------------------------------------------------------------------------------------------
----------------------------------

Thank you with kind Regards

TEEL STYLES

P.O. Box 601414

Dallas, Texas, 75360

Notice to Saint James Apartment ComPlex

Saint James Apartment is the Residence of Service whereby Nicole Yepez Resided.

And the Management of Gail Click was served noticed but, the Signed signature mail Receipt did not return through the mail. Here below is the copy mail Exhibit of Request for sign signature.

This Represents mail Fraud:

7015 1520 0002 1596 9205

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

DALLAS, TX 75216 OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ $3.45 | 0164 16 |
| $2.80 Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ $0.49 | |
| Total Postage and Fees $ $6.74 | 03/01/2016 |

Sent To Gail Click
Street and Apt. No., or PO Box No. St. James Manor Apt. 3119 Easton
City, State, ZIP+4® Ave. Dallas TX 75216

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

Mail
Letter $0.49
(Domestic)
(DALLAS, TX 75216)
(Weight:0 Lb 0.50 Oz)
(Expected Delivery Day)
(Thursday 03/03/2016)
Certified 1 $3.45
(USPS Certified Mail #)
(70151520000215969205)
Return
Receipt 1 $2.80
(USPS Return Receipt #)
(9590940213425285963222)
Affixed
Postage 1 ($0.49)
(Affixed Amount:$0.49)

Total $6.87

Debit Card Remit'd $16.87
(Card : Debit Card)
(Account #:XXXXXXXXXXXX8298)
(Approval #:313379)
(Transaction #:463)
(Receipt #:003632)
(Debit Card Purchase:$6.87)
(Cash Back:$10.00)
Change ($10.00)

*************************************
BRIGHTEN SOMEONE'S ... MAILBOX ...



## Details of Complaint

Please type or print the factual details of your complaint in the space provided below. **Please include the date(s) of the alleged misconduct.** If more space is needed, attach additional sheets. Please sign and date each additional sheet. Your complaint should be as specific as possible, PLEASE DO NOT CITE CASE LAW IN YOUR COMPLAINT.

**\*Date(s) of Alleged Misconduct of ~~Judge~~:** Saint James  Manor  Residential  Complaint

**\*Factual Details of your complaint against Judge:**

Saint James Manor Apartments
3119 Easter Ave. Dallas, Texas 75216
(214)375-4233

 Property Manager Mrs. Gail  Click

I would like to Inform you that A  Dallas Police Complaint has been filed Against the Residential Address of 3125 Easter Ave. #218  On the grounds of Entering a building (indwelling place ) of another Person Property Surveillacing without court Order.   (Police Service call #452182016)

According to What I  know In regards to this Residents is that,This Recent  Relocate  Program Housing Family from Mexico who Crossed the Border without Proper Permission to  Enter the State Became A  subject matter of An  on-going Pre- Reported Crime Clergy family Violence, Whereby Harassment  Rape, Stalking  Abetting Prostitution and Or Prostitution Was a factor in this matter.

I State for the Record  that an Organization of a crime, And that  this Apartment  unit of an Indwelling place was used in a facility shower stall  Investigation whereby Crime  Participation is Suspected  (Sexual offense)  through the Lease Holder of this apartment  for Hire through Domestic family Violence whereby Reported Organization might been facilitated( Salvation Army  Case worker  Sandra Porter, Crime Victims Court, Attorney  Counsel of None Legal Hire, Scott Palmer,  David Housel,  Counsel Dennis Brewer  of Fellowship Church Pastoring Ed & Lisa Young, Family Member of  Victoria Styles,  Property Manager(S) ,Maintenience Worker(S)  District Attorney  of Harassment,  State Child We-fare,etc.

As A Frequent  Visiting Guest  Of Lease Holder Nicole  Yepez Resident, I Experienced On-going  happens  of these Reported Incidents of  Allegation Reported to  the  Dallas Police  Department  of Facility shower stall  Surveillance and Communication  Within, Regarding Crime Clergy Involvement Through this Apartment unit.  I  Suspect, that this Family Was brought  Across State line through A church organization  who was Reported in Federal court. To Aid crime Participate in Reported Allegation,  Authorizing the Uses of the Apartment  of  Indwelling Place  For Fact of the Matter  of information Illegally, whereby  minor Children are involved.(Offense of A Registered Sex Offender).

 The Law Requires Any Person having  Information  Regarding  Leading  to A Suspected Crime, arrest and Indictment to call Crime Stoppers. Therefore, I bring About this Suspected crime to your Attention on or about February 29th 2016, As the Property Manager of  Saint James Manor Apartments Located  at 3125  Easter  Ave Dallas , Texas 75216 whereby  Government  Program  Housing Abuse is Violated and Crime Sex  Abuse  Involving Minor Children is Suspected. This  Notice Serves As the First Official Report Served On through Certified mail

**\*Printed Name:** Teel Styles

**\*Signature:**                                              **\*Date:** 02/29/2016

## Details of Complaint

Please type or print the factual details of your complaint in the space provided below. **Please include the date(s) of the alleged misconduct.** If more space is needed, attach additional sheets. Please sign and date each additional sheet. Your complaint should be as specific as possible, PLEASE DO NOT CITE CASE LAW IN YOUR COMPLAINT.

**\*Date(s) of Alleged Misconduct of Judge:** NORTH CAROLLINA CRIME VICTIMS  DEPARTMENT

**\*Factual Details of your complaint against Judge:**

Letter of appeal  process

Crime  Victims Compensation  Commission
4232 Mail service center
Raleigh, NC 27699-4232
Tel#(919)733-7974

Director of Crime Victims Services
Gary B. Eichelberger,
post office box 29588
512 N. Salisbury street
Raleigh,North Carolina 27626-0588

Dear crime victims services. In regards to case cause  #14-56343  under the north Carolina victims services
crime victims services. I would like to exercise my right  to request  an appeal process in regards to the allegation of
true of the matter of said claim  allegation described/ brought on by the  north Carolina  Fayetteville Cumberland
county. This request was indeed  served  as notice within the 60 th day of  an appeal.

In additionally,I am providing additional information regarding  travel expenses for travel services connected in ths
crimes through that American airline travel center.

1. Fayetteville police department.failure to carry out task intended which I were call back from residing state

2.North Carolina engaging in an out of state crime setup surveillance in home without court
 order.( as visiting guest)

3.The police department organized the crime set forth under a CAD report.CaD reports or use for auto mobile
car accident involving minors. And this report was not found do to the fact it was listed/hidden under false indenity
under false identity of allegation.

4.facility shower stall/kitchen area organization of a crime. State harassment of allegations outlined in the fayetville
in the Fayetteville police department of out of jurisdiction of state ,in which Fayetteville cumberland county
 had know regard.(minor children in-home)

5. Continuously wall- to wall conversation) (harrasement)

\*Printed Name: Teel  Styles

\*Signature: _____     \*Date: 10/08/2014

Details of Complaint

Please type or print the factual details of your complaint in the space provided below.  **Please include the date(s) of the alleged misconduct.**  If more space is needed, attach additional sheets.  Please sign and date each additional sheet.  Your complaint should be as specific as possible, PLEASE DO NOT CITE CASE LAW IN YOUR COMPLAINT.

**\*Date(s) of Alleged Misconduct of Judge:** HEAD QUARTER OF DTA MANAGEMENT

**\*Factual Details of your complaint against Judge:**

Attn: Head Quarters of DTA Management
206A  S. Loop 336 Suite 270
Con roe,Tx77304


Mrs Taylor Morgan

I would like to inform  you that a 911 police complaint has been filed against your rental property located@ 766 CL Tart Cir # 701 Fayetville NC 28314 and also through the Crime Victims Services  Department of North Carolina Cumberland county under case cause # ---------------- on the grounds of ongoing Indwelling place  organization of a crime. Entering a building without  Court Order. Invasion of privacy, facility shower stall rape, Sexual harassment, Roof top, Power Outlet, Water  efficiency  crime aggregation, under ground wire Tap. Wall to wall crime aggravation

After submitting this   information through crime victims services<Accorrding  to written statement from the department of crime victims service of North CAROLINA,They indicated  after conducting a throughout investigation.that these crime were not  in fact associated with their administration or any administration  associated with the family sector of crime victims services.


After appealing the decision in regards to this claim. As a result,The crime victims Department  failed to respond, Which  shows guilt and criminal negligence on its. which is grounds for a lawsuit.



Therefore, I am coming to you with a very important business matter suggesting that you  take very serious action against the crime sex abuse claim reported against this property as a law suite is subject to be filed.




This notice serves as  your legal notice  that a lawsuit is to be filed against the DTA Management

For further information  you may contact me at the information provided below

Teel Styles
P.O. box 601414  Dallas Texas 75360  (972)805 -7783  766 CL Tart cir #-----------Fayetville North Carolina 28314

**\*Printed Name:**Teel Styles

**\*Signature:** _____   **\*Date:** 05/11/2015

Revised 07/13/2009

### Radio Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|------|---------|------|-------------|-----------|----------|-----------|------|
| PN16 | | D | Dispatched | 07/24/14 12:08:15 | Stat/Beat: INDI | | CLEMENTSB |
| PN16 | | E | En-Route | 07/24/14 12:08:15 | Stat/Beat: INDI | | CLEMENTSB |
| PN16 | | A | Arrived | 07/24/14 12:14:45 | | | Unit:PN16 |
| PN16 | | C | Cleared | 07/24/14 12:48:21 | | P7 | CLEMENTSB |

### Event Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|------|---------|------|-------------|-----------|----------|-----------|------|
| | | TR | Time Received | 07/24/14 11:43:03 | By: E911 | | MCJOHNSON |
| | | ENT | Entered Street | 07/24/14 11:43:03 | 5945 CLIFFDALE | RD | MCJOHNSON |
| | | CHG | Changed Street | 07/24/14 11:47:55 | 5945 CLIFFDALE | RD - | MCJOHNSON |
| | | ENT | Entered AddSt | 07/24/14 11:48:00 | (S) (N)231 | | MCJOHNSON |
| | | ENT | Entered Business_CallInf | 07/24/14 11:48:34 | HERTZ RENT A CAR | | MCJOHNSON |
| | | LPS | Law Pri. Started | 07/24/14 11:50:59 | Case Started | | MCJOHNSON |
| | | LPS | Law Pri. Started | 07/24/14 11:51:06 | Case Started | | MCJOHNSON |
| | | CHG | Changed CallerName_C | 07/24/14 11:52:12 | HERTZ RENT A CAR --> MS. STYLE | | MCJOHNSON |
| | | CHG | Changed Business_Call | 07/24/14 11:52:16 | HERTZ RENT A CAR --> | | MCJOHNSON |
| | | ARM | Added Remarks | 07/24/14 11:52:19 | | | MCJOHNSON |
| | | LPF | Law Pri. CE Finished | 07/24/14 11:52:21 | Case Entry Finished | | MCJOHNSON |
| | | CHG | 129B3 PAST SUSP CIR | 07/24/14 11:54:24 | Changed nature | | MCJOHNSON |
| | | FIN | Finished Call Taking | 07/24/14 11:54:24 | | | MCJOHNSON |
| | | ARM | Added Remarks | 07/24/14 11:54:25 | | | MCJOHNSON |
| | | LPD | Law Pri. Dispatch | 07/24/14 11:54:26 | Case Dispatched | | MCJOHNSON |
| | | LPC | Law Pri. Complete | 07/24/14 11:54:31 | Case Completed | | MCJOHNSON |
| | | ENT | Entered Nature | 07/24/14 11:54:38 | 129B1 PAST SUSPICIOUS PERSON | | MCJOHNSON |
| | | CHG | Changed Nature | 07/24/14 11:54:45 | 129B1 PAST SUSPICIOUS PERSON --> 1 | | MCJOHNSON |
| | | ENT | Entered CallerName_Call | 07/24/14 11:54:48 | MS. STYLE | | MCJOHNSON |
| | | ENT | Entered CallerName_Call | 07/24/14 11:56:00 | MS. STYLE | | MCJOHNSON |
| | | ARM | Added Remarks | 07/24/14 11:56:04 | | | MCJOHNSON |
| | | ARM | Added Remarks | 07/24/14 11:56:38 | | | MCJOHNSON |
| | | ARM | Added Remarks | 07/24/14 12:41:58 | | | Unit:PN16 |

AUGUST 20TH 2014

I _Teel Styles_ ----------- HERBY FILE THIS APPLICATION ON THE GROUNDS OF CRIMINAL INRECKLESSNESS, NEGLIGENCE, STATE HARRASEMENT, OUT OF THE JURISDICTION OF STATE CRIME INVESTIGATION WITHOUT COURT ORDER AS VISTING GUEST TO NORTH CAROLINA FAYETVILLE.


1. CRIMNAL VIOLATION ON North Carolina FAYETVILLE CUMBERLAND COUNTY. CONDUCTING AN  IN-HOME INVESTGATION ON ANOTHER PERSON HOME/PROPERTY AUTHORIZING  FACILTY SHOWER STALL(CRIME RAPE) BATH ROOM STALING SYPING PERMITTING UNAUTHORIZED GOVERNMENT AGENCIES,COUNSEL OF NON- LEGAL HIRE, POLICE DEPARTMENT WITH SURVEILLANCE SOUND INFORMATION.


2.CONDUCTING AN ONGOING INVESTIGATION- IN HOME WITHOUT COURT ORDER IN REGARDS TO A CRIME OUR OF THE JURSDICTIONAL STATE.(ENJOINING OF  ANOTHER STATE CRIME ( VIOLATION OF CRIME RIGHT).

3.HIDDENING (COVERING) A CRIME ,CLAIM,OR  POLICE REPORT UNDER FALSE INDENTITY OR ALLEGATION OF WHICH  IT OCCURRED.


4.CRIMINAL VIOLATION  OF THE  STATUE OF LIMINATION LAW.


5.CRIMINAL VIOLATION ON THE FAYETVILLE POLICE DEPARTMENT OF FAILURE TO EXSECUTE THE TASK IN WHICH  I WERE CALL BACK TO THE  STATE OF (NC FAYETVILLE). OF INTENT OF SEARCH OF IN- HOME VISIABLE SPY WARE.


THIS SUITE INCLUDE 3 MINOR CHILDREN OF  HOME INVASION OF PRIVACY THAT CONTAINS METHODS OF INTENTIONAL STATE HARRSEMENT AUTHORZING SURVEILLANCING BY CAM,VIDEO, MENTIONED IN POLICE REPORTS  EITHER BY MANTENIANCE, SATILLITE ROOF TOP,CABLE ,PHONE LINE,  LOWER LEVEL COP APT WALL

TO WALL .IN –HOME PLANT BY AUTHORIZED UN-
RETAINED COUNSEL ILLEGALLY  DA OFFICE OR CHURCH
AFFILIATED IN A CRIME. THIS IS CONSIDERED INVASION
OF PRIVACY, AND IS VIOLATION  OF THE PRIVACY ACT
AND GROUNDS FOR THIS CLAIM.

# North Carolina victims assistance

505 Oberlin ROAD, suite,151 Raleigh, NC 27605

Event ID: 2014-397841  Call Ref #: 638  **129B3 PAST SUSP CIRCUMSTANCE at 700 CL TART CIR**

## Radio Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|------|---------|------|-------------|------------|----------|------------|------|
| PN16 | | D | Dispatched | 07/24/14 12:08:15 | Stat/Beat: INDI | | CLEMENTSB |
| PN16 | | E | En-Route | 07/24/14 12:08:15 | Stat/Beat: INDI | | CLEMENTSB |
| PN16 | | A | Arrived | 07/24/14 12:14:45 | | | Unit:PN16 |
| PN16 | | C | Cleared | 07/24/14 12:48:21 | | P7 | CLEMENTSB |

## Event Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|------|---------|------|-------------|------------|----------|------------|------|
| | | TR | Time Received | 07/24/14 11:43:03 | By: E911 | | MCJOHNSON |
| | | ENT | Entered Street | 07/24/14 11:43:03 | 5945 CLIFFDALE | RD | MCJOHNSON |
| | | CHG | Changed Street | 07/24/14 11:47:55 | 5945 CLIFFDALE | RD - | MCJOHNSON |
| | | ENT | Entered AddSt | 07/24/14 11:48:00 | (S) (N)231 | | MCJOHNSON |
| | | ENT | Entered Business_CallInf | 07/24/14 11:48:34 | HERTZ RENT A CAR | | MCJOHNSON |
| | | LPS | Law Pri. Started | 07/24/14 11:50:59 | Case Started | | MCJOHNSON |
| | | LPS | Law Pri. Started | 07/24/14 11:51:06 | Case Started | | MCJOHNSON |
| | | CHG | Changed CallerName_C | 07/24/14 11:52:12 | HERTZ RENT A CAR --> MS. STYLE | | MCJOHNSON |
| | | CHG | Changed Business_CallI | 07/24/14 11:52:16 | HERTZ RENT A CAR --> | | MCJOHNSON |
| | | ARM | Added Remarks | 07/24/14 11:52:19 | | | MCJOHNSON |
| | | LPF | Law Pri. CE Finished | 07/24/14 11:52:21 | Case Entry Finished | | MCJOHNSON |
| | | CHG | 129B3 PAST SUSP CIR | 07/24/14 11:54:24 | Changed nature | | MCJOHNSON |
| | | FIN | Finished Call Taking | 07/24/14 11:54:24 | | | MCJOHNSON |
| | | ARM | Added Remarks | 07/24/14 11:54:25 | | | MCJOHNSON |
| | | LPD | Law Pri. Dispatch | 07/24/14 11:54:26 | Case Dispatched | | MCJOHNSON |
| | | LPC | Law Pri. Complete | 07/24/14 11:54:31 | Case Completed | | MCJOHNSON |
| | | ENT | Entered Nature | 07/24/14 11:54:38 | 129B1 PAST SUSPICIOUS PERSON | | MCJOHNSON |
| | | CHG | Changed Nature | 07/24/14 11:54:45 | 129B1 PAST SUSPICIOUS PERSON --> 1 | | MCJOHNSON |
| | | ENT | Entered CallerName_Call | 07/24/14 11:54:48 | MS. STYLE | | MCJOHNSON |
| | | ENT | Entered CallerName_Call | 07/24/14 11:56:00 | MS. STYLE | | MCJOHNSON |
| | | ARM | Added Remarks | 07/24/14 11:56:04 | | | MCJOHNSON |
| | | ARM | Added Remarks | 07/24/14 11:56:38 | | | MCJOHNSON |
| | | ARM | Added Remarks | 07/24/14 12:41:58 | | | Unit:PN16 |

# COMMUNICATIONS

## Event Report

| | | |
|---|---|---|
| Event ID: **2014-397841** | Call Ref #: 638 | Date/Time Received: 07/24/14 11:43:03 |

| | | |
|---|---|---|
| Rpt #: | Prime PN16 | Services Involved |
| Call Source: E911 | Unit: GLADDEN, PETINA | LAW |

Location: **700 CL TART CIR**                                                                     (S) (N)231

X-ST:   *CLIFFDALE RD*

Jur: Y          Service: LAW          Agency: FPD

St/Beat: INDI          District: CENT          RA: 8557

Business:                              Phone:                                                 GP: L557

Nature: **129B3 PAST SUSP CIRCUMSTANCE**   Alarm Lvl:   1   Priority: 5          Medical Priority:   129

Reclassified Nature:

| | | |
|---|---|---|
| Caller: | | Alarm: |
| Addr: | Phone: | Alarm Type: |

| | | | | | |
|---|---|---|---|---|---|
| Vehicle #: | St: | Report Only:   No | Race: | Sex: | Age: |

Call Taker: MCJOHNSON                          Console: DSP-20

Geo-Verified Addr.:   Yes     Nature Summary Code:          Disposition: P7     Close Comments:

Notes:  _.               ...SHE ADVISED THAT SHE HAS HEARD UNKNOWN PPL MENTION HER DAUGHTERS NAME
THAT SHE HASNT SEEN SINCE 2010 THROUGH THE WALLS, SURVEILLANCE IN HER SONS APT AND SATELLITES ON THE
ROOF AND UNDER GROUND....SHE ADVISED THAT SHE HAS HEARD THE SAME THING AT HER HOME IN TX...I SPOKE WITH
HER SON BY 21 TO ADVISE HIM OF HIS MOTHERS CALL AND HE ADVISED SHF HAS TOLD HIM THIS SAME STORY AND HE
DIDNT THNK THAT SHE WOULD CONTACT PD REF SAME.....
                                                                                                    .... [07/24/14 12:41:58

Unit:PN16]
RP WILL STANDBY OUTSIDE THE APT..RP BF 44YOA WEARING BLU TSHIRT/ BLK JEANS  [07/24/14 11:56:38 MCJOHNSON]
RP ADV IT OCCURRED IN MARCH WHILE VISITING FROM OUT OF TOWN WAS ADV BY UNK PERSON SHE HAD TO RETURN TO
THE LOCATION TO  MAKE A REPORT AND SINCE SHES VISTING FROM OUT OF STATE SHE HAD TO MAKE TRAVEL
ARRANGEMENTS  [07/24/14 11:56:04 MCJOHNSON]
[EPD] Dispatch Code: 129B03 (PAST SUSPICIOUS circumstances)
Response: 1 Patrol
Questions: The caller is not on scene. The caller is the victim. It is not known who the suspect is. The circumstances are suspicious
because: OVERHEARD SOMEONE DISCUSSING CRIMINAL ACTIVITY COULDNT ADV IF IT WAS THROUGH THE WALL, PHONE,
ROOF, HIDDEN SURVELLIANCE, OR CABLE. SHE DID NOT MAKE CTC W MANAGEMENT This incident happened in the past: IN
MARCH  [07/24/14 11:54:25 MCJOHNSON]
[EPD] Caller Statement: NEEDS TO MAKE A REPORT W OFC IN REF TO SUSPICIOUS ACTIVITY IN THE AREA
Chief Complaint: Suspicious / Wanted (Person, Circumstances, Vehicle)  [07/24/14 11:52:19 MCJOHNSON]

### Times

| | Time From Call Received | | |
|---|---|---|---|
| Call Received: 07/24/14 11:43:03 | | Unit Reaction: | 000:06:30 *(1st Dispatch to 1st Arrive)* |
| Call Routed: 07/24/14 11:54:24 | 000:11:21 | En-Route: | *(1st Dispatch to 1st En-Route)* |
| Call Take Finished: 07/24/14 11:54:24 | 000:11:21 | On-Scene: | 000:33:36 *(1st Arrive to Last Clear)* |
| 1st Dispatch: 07/24/14 12:08:15 | 000:25:12 *(Time Held)* | | |
| 1st En-Route: 07/24/14 12:08:15 | 000:25:12 | | |
| 1st Arrive: 07/24/14 12:14:45 | 000:31:42 *(Reaction Time)* | | |
| Last Clear: 07/24/14 12:48:21 | 001:05:18 | | |



# North Carolina Department of Public Safety
## Victim Services

Pat McCrory, Governor
Frank L. Perry, Secretary

Janice W. Carmichael, Section Chief

September 19, 2014

Teel Styles
P.O. Box 601414
Dallas, TX 75360-1414

Dear Teel Styles:

I am sorry to learn of the recent tragedy that you have experienced. It is always sad to learn that crime has touched another family. The North Carolina Victims Compensation Commission wants to do all that we can to assist you in this matter.

The laws governing the Victims Compensation Fund in this state are very specific as to what can and cannot be paid. After comparing the circumstances of your case with the laws that govern the fund, we must deny your claim. We have attached a form which states the law upon which the denial is based. Please note that there is an appeal procedure that you may follow if you disagree with our decision.

In addition, you may wish to contact the victim witness coordinator in your local District Attorney's Office to determine if there are any additional local groups that may be able to offer help to you.

Sincerely,

*Janice W. Carmichael*

Janice W. Carmichael
Section Chief

Enclosures



**Crime Victims Compensation Commission**
*Know Where to Turn for Help*

**MAILING ADDRESS:**
4232 Mail Service Center
Raleigh, NC 27699-4232
Telephone: (919) 733-7974

www.nccrimecontrol.org/VJS
*An Equal Opportunity/Affirmative Action Employer*

Toll Free 1-800-826-6200

**OFFICE LOCATION:**
512 N. Salisbury Street
Raleigh, NC 27604-1159
Fax: (919) 715-4209



**STÁTE OF NORTH CAROLINA**

**BEFORE THE NORTH CAROLINA CRIME VICTIMS COMPENSATION COMMISSION**

**CASE: 14-56343**

| | |
|---|---|
| **IN THE MATTER OF THE CLAIM OF** ) | |
| ) | |
| **Claimant:** ) | |
| ) | |
| **Victim:** ) | |
| Teel Styles ) | |
| ) | **DECISION OF DIRECTOR:** |
| **Offender:** ) | |
| Unknown ) | **DENIED** |
| ) | |
| **Criminal File:** ) | |
| ) | |
| ) | |
| ) | |

Based upon a thorough investigation and review of the claim filed in the hereinabove-captioned matter, the undersigned makes the following **FINDINGS AND CONCLUSIONS**:

*Claimant herein seeks an award of compensation for economic loss based upon alleged criminally injurious conduct which did not occur in the State of North Carolina.*

*N.C.G.S. 15B-4(b) authorizes awards only for compensation for criminally injurious conduct occurring in North Carolina. Pursuant to the provisions thereof an award of compensation must be denied where the conduct which forms the grounds for an application for an award occurred outside of the State of North Carolina, in a State which has a victims compensation program.*

Based upon the conclusions, the undersigned Director makes the following **DETERMINATION**:

Claimant's claim for compensation is disallowed.

SO ORDERED, Friday, September 19, 2014.

*Janice W. Carmichael*

Janice W. Carmichael
Section Chief

# NOTICE

Pursuant to Chapter 150B, Article 3 of the North Carolina General Statutes, this decision may be appealed by filing a petition for a contested case hearing with the Office of Administrative Hearings:

Mailing Address:                      Physical Address:
6714 Mail Service Center              1711 New Hope Church Road
Raleigh, NC 27699-6714                Raleigh, NC 27609-6285
(919) 431-3000                        (919) 431-3000

**The petition shall be filed with the Office of Administrative Hearings no later than sixty (60) days from September 19, 2014. The party who files the petition shall also serve a copy of the petition upon the North Carolina Crime Victims Compensation Commission.**

\* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day pursuant to Chapter 150B, Article 3 of the North Carolina General Statutes, a copy of the foregoing Decision was served upon the person indicated below by placing the same in an official depository of the United States Postal Service wrapped in a wrapper addressed to the person at the latest address given by the person to the agency.

Teel Styles
P.O. Box 601414
Dallas, TX 75360-1414

*Janice W. Carmichael*

Janice W. Carmichael
Section Chief

On Behalf of:
NC Crime Victims Compensation Commission

Dated: Friday, September 19, 2014

 **North Carolina Department of Public Safety**
**Victim Services**

Pat McCrory, Governor                                    Janice W. Carmichael, Section Chief
Frank L. Perry, Secretary

September 19, 2014

Teel Styles
P.O. Box 601414
Dallas, TX 75360-1414

Dear Teel Styles:

    I am sorry to learn of the recent tragedy that you have experienced. It is always sad to learn that crime has touched another family. The North Carolina Victims Compensation Commission wants to do all that we can to assist you in this matter.

    The laws governing the Victims Compensation Fund in this state are very specific as to what can and cannot be paid. After comparing the circumstances of your case with the laws that govern the fund, we must deny your claim. We have attached a form which states the law upon which the denial is based. Please note that there is an appeal procedure that you may follow if you disagree with our decision.

    In addition, you may wish to contact the victim witness coordinator in your local District Attorney's Office to determine if there are any additional local groups that may be able to offer help to you.

                               Sincerely,

                               *Janice W. Carmichael*

                               Janice W. Carmichael
                               Section Chief

Enclosures

 **Crime Victims Compensation Commission**
*Know Where to Turn for Help*

**MAILING ADDRESS:**    www.nccrimecontrol.org/VJS    **OFFICE LOCATION:**
4232 Mail Service Center   *An Equal Opportunity/Affirmative Action Employer*   512 N. Salisbury Street
Raleigh, NC 27699-4232                                       Raleigh, NC 27604-1159
Telephone: (919) 733-7974       Toll Free 1-800-826-6200       Fax: (919) 715-4209

**STATE OF NORTH CAROLINA**

**BEFORE THE NORTH CAROLINA CRIME VICTIMS COMPENSATION COMMISSION**

**CASE: 14-56343**

| | |
|---|---|
| **IN THE MATTER OF THE CLAIM OF** ) | |
| ) | |
| **Claimant:** ) | |
| ) | |
| **Victim:** ) | |
| Teel Styles ) | |
| ) | **DECISION OF DIRECTOR:** |
| **Offender:** ) | |
| Unknown ) | **DENIED** |
| ) | |
| **Criminal File:** ) | |
| ) | |
| ) | |
| ) | |

Based upon a thorough investigation and review of the claim filed in the hereinabove-captioned matter, the undersigned makes the following **FINDINGS AND CONCLUSIONS**:

***Claimant herein seeks an award of compensation for economic loss based upon alleged criminally injurious conduct which did not occur in the State of North Carolina.***

***N.C.G.S. 15B-4(b) authorizes awards only for compensation for criminally injurious conduct occurring in North Carolina. Pursuant to the provisions thereof an award of compensation must be denied where the conduct which forms the grounds for an application for an award occurred outside of the State of North Carolina, in a State which has a victims compensation program.***

Based upon the conclusions, the undersigned Director makes the following **DETERMINATION**:

Claimant's claim for compensation is disallowed.

SO ORDERED, Friday, September 19, 2014.

*Janice W. Carmichael*

Janice W. Carmichael
Section Chief

# NOTICE

Pursuant to Chapter 150B, Article 3 of the North Carolina General Statutes, this decision may be appealed by filing a petition for a contested case hearing with the Office of Administrative Hearings:

Mailing Address:                          Physical Address:
6714 Mail Service Center                  1711 New Hope Church Road
Raleigh, NC 27699-6714                    Raleigh, NC 27609-6285
(919) 431-3000                            (919) 431-3000

**The petition shall be filed with the Office of Administrative Hearings no later than sixty (60) days from September 19, 2014. The party who files the petition shall also serve a copy of the petition upon the North Carolina Crime Victims Compensation Commission.**

\* \* \* \* \* \* \*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day pursuant to Chapter 150B, Article 3 of the North Carolina General Statutes, a copy of the foregoing Decision was served upon the person indicated below by placing the same in an official depository of the United States Postal Service wrapped in a wrapper addressed to the person at the latest address given by the person to the agency.

Teel Styles
P.O. Box 601414
Dallas, TX 75360-1414

*Janice W. Carmichael*

Janice W. Carmichael
Section Chief

On Behalf of:
NC Crime Victims Compensation Commission

Dated: Friday, September 19, 2014



# North Carolina Department of Public Safety
## Victim Services

Pat McCrory, Governor
Frank L. Perry, Secretary

Janice W. Carmichael, Section Chief

September 19, 2014

Teel Styles
P.O. Box 601414
Dallas, TX 75360-1414

Dear Teel Styles:

I am sorry to learn of the recent tragedy that you have experienced. It is always sad to learn that crime has touched another family. The North Carolina Victims Compensation Commission wants to do all that we can to assist you in this matter.

The laws governing the Victims Compensation Fund in this state are very specific as to what can and cannot be paid. After comparing the circumstances of your case with the laws that govern the fund, we must deny your claim. We have attached a form which states the law upon which the denial is based. Please note that there is an appeal procedure that you may follow if you disagree with our decision.

In addition, you may wish to contact the victim witness coordinator in your local District Attorney's Office to determine if there are any additional local groups that may be able to offer help to you.

Sincerely,

Janice W. Carmichael
Section Chief

Enclosures



**Crime Victims Compensation Commission**
*Know Where to Turn for Help*

**MAILING ADDRESS:**
4232 Mail Service Center
Raleigh, NC 27699-4232
Telephone: (919) 733-7974

www.nccrimecontrol.org/VJS
*An Equal Opportunity/Affirmative Action Employer*

Toll Free 1-800-826-6200

**OFFICE LOCATION:**
512 N. Salisbury Street
Raleigh, NC 27604-1159
Fax: (919) 715-4209



Please type or print the factual details of your complaint in the space provided below. **Please include the date(s) of the alleged misconduct.** If more space is needed, attach additional sheets. Please sign and date each additional sheet. Your complaint should be as specific as possible, PLEASE DO NOT CITE CASE LAW IN YOUR COMPLAINT.

**\*Date(s) of Alleged Misconduct of Judge:** HEAD QUARTER OF DTA MANAGEMENT

**\*Factual Details of your complaint against Judge:**

Attn: Head Quarters of DTA Management
206A  S. Loop 336 Suite 270
Con roe,Tx77304


Mrs Taylor Morgan

I would like to inform  you that a 911 police complaint has been filed against your rental property
located@ _766  CL  Tact  Cir  # 701 Fayctville  NC. 28314_ and also through the Crime Victims
Services  Department of North Carolina Cumberland county under case cause # ---------------- on the grounds of
ongoing Indwelling place  organization of a crime. Entering a building without  Court Order. Invasion of privacy,
facility shower stall rape, Sexual harassment, Roof top, Power Outlet, Water  efficiency  crime aggregation, under
ground wire Tap. Wall to wall crime aggravation

After submitting this   information through crime victims services<Accorrding  to written statement from the
department of crime victims service of North CAROLINA,They indicated  after conducting a throughout
investigation.that these crime were not  in fact associated with their administration or any administration  associated
with the family sector of crime victims services.

After appealing the decision in regards to this claim. As a result,The crime victims Department  failed to respond,
Which  shows guilt and criminal negligence on its. which is grounds for a lawsuit.


Therefore, I am coming to you with a very important business matter suggesting that you  take very serious action
against the crime sex abuse claim reported against this property as a law suite is subject to be filed.



This notice serves as  your legal notice  that a lawsuit is to be filed against the DTA Management

For further information  you may contact me at the information provided below

Teel Styles
P.O. box 601414  Dallas Texas 75360  (972)805 -7783  766 CL Tart cir #-----------Fayetville North Carolina 28314



\*Printed Name:Teel Styles

\*Signature:_____     \*Date: 05/11/2015

# North Carolina Department of Public Safety
## Victim Services

Pat McCrory, Governor
Frank L. Perry, Secretary

Janice W. Carmichael, Section Chief

August 17, 2015

Teel Styles
P.O. Box 601414
Dallas, TX 75360-1414

Dear Teel Styles:

I am sorry to learn of the recent tragedy that you have experienced. It is always sad to learn that crime has touched another family. The North Carolina Victims Compensation Commission wants to do all that we can to assist you in this matter.

The laws governing the Victims Compensation Fund in this state are very specific as to what can and cannot be paid. After comparing the circumstances of your case with the laws that govern the fund, we must deny your claim. We have attached a form which states the law upon which the denial is based. Please note that there is an appeal procedure that you may follow if you disagree with our decision.

In addition, you may wish to contact the victim witness coordinator in your local District Attorney's Office to determine if there are any additional local groups that may be able to offer help to you.

Sincerely,

Janice W. Carmichael

Janice W. Carmichael
Section Chief

Enclosures



**Crime Victims Compensation Commission**
*Know Where to Turn for Help*

**MAILING ADDRESS:**
4232 Mail Service Center
Raleigh, NC 27699-4232
Telephone: (919) 733-7974

www.nccrimecontrol.org/VJS
*An Equal Opportunity/Affirmative Action Employer*

Toll Free 1-800-826-6200

**OFFICE LOCATION:**
512 N. Salisbury Street
Raleigh, NC 27604-1159
Fax: (919) 715-4209



**STATE OF NORTH CAROLINA**     **BEFORE THE NORTH CAROLINA CRIME**
**VICTIMS COMPENSATION COMMISSION**

**CASE:  15-58990**

| | |
|---|---|
| **IN THE MATTER OF THE CLAIM OF** ) | |
| ) | |
| **Claimant:** ) | |
| Teel Styles ) | |
| ) | |
| **Victim:** ) | |
| Dwight P. Styles Jr. ) | **DECISION OF DIRECTOR:** |
| ) | |
| **Offender:** ) | **DENIED** |
| Styles, Jasmine L. ) | |
| ) | |
| **Criminal File:** ) | |
| ) | |
| ) | |

Based upon a thorough investigation and review of the claim filed in the hereinabove-captioned matter, the undersigned makes the following **FINDINGS AND CONCLUSIONS:**

*(1)The criminally injurious conduct for which claimant has applied for compensation was not reported to a law enforcement officer or agency within 72 hours of its occurrence, and investigation of this claim has established no good cause for the delay.*

*G.S. 15B-11(a)(3) requires that an award be denied where the alleged criminally injurious conduct is not reported to a law enforcement officer or agency within 72 hours of its occurrence, and investigation of this claim has established no good cause for the delay; therefore, claimant's claim for compensation must be denied.*

*(2)Investigation of this application for an award has produced insufficient information to establish that claimant's personal injury or death directly and proximately resulted from criminally injurious conduct within the meaning of G.S. 15B.*

*G.S. 15B authorizes an award of compensation to a claimant only when the claimant, or the victim on whose behalf a claimant acts, suffered personal injury or death as a result and proximate result of criminally injurious conduct. Since there is insufficient evidence that criminally injurious conduct occurred in the hereinabove-captioned matter, the claim must be denied.*

*(3)Investigation of the hereinabove-captioned matter by the undersigned with appropriate law enforcement revealed that this incident could not be substantiated.*

*As required by law, this office must verify that a rape or sex offense did occur and that the victim reported the incident to the appropriate law enforcement agency. In that law enforcement was unable to substantiate this incident, this claim for compensation must be denied in accordance with G.S. 143B-480.2*

Based upon the conclusions, the undersigned Director makes the following **DETERMINATIO**N:

Claimant's claim for compensation is disallowed.

SO ORDERED, Monday, August 17, 2015.

Janice W. Carmichael
Section Chief

## NOTICE

Pursuant to Chapter 150B, Article 3 of the North Carolina General Statutes, this decision may be appealed by filing a petition for a contested case hearing with the Office of Administrative Hearings:

Mailing Address:
6714 Mail Service Center
Raleigh, NC 27699-6714
(919) 431-3000

Physical Address:
1711 New Hope Church Road
Raleigh, NC 27609-6285
(919) 431-3000

**The petition shall be filed with the Office of Administrative Hearings no later than sixty (60) days from August 17, 2015. The party who files the petition shall also serve a copy of the petition upon the North Carolina Crime Victims Compensation Commission.**


\* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day pursuant to Chapter 150B, Article 3 of the North Carolina General Statutes, a copy of the foregoing Decision was served upon the person indicated below by placing the same in an official depository of the United States Postal Service wrapped in a wrapper addressed to the person at the latest address given by the person to the agency.

Teel Styles
P.O. Box 601414
Dallas, TX 75360-1414


*Janice W. Carmichael*

Janice W. Carmichael
Section Chief

On Behalf of:
NC Crime Victims Compensation Commission

Dated: Monday, August 17, 2015

# North Carolina Department of Public Safety
## Victim Services

Pat McCrory, Governor
Frank L. Perry, Secretary

Janice W. Carmichael, Section Chief

August 17, 2015

Teel Styles
P.O. Box 601414
Dallas, TX 75360-1414

Dear Teel Styles:

I am sorry to learn of the recent tragedy that you have experienced. It is always sad to learn that crime has touched another family. The North Carolina Victims Compensation Commission wants to do all that we can to assist you in this matter.

The laws governing the Victims Compensation Fund in this state are very specific as to what can and cannot be paid. After comparing the circumstances of your case with the laws that govern the fund, we must deny your claim. We have attached a form which states the law upon which the denial is based. Please note that there is an appeal procedure that you may follow if you disagree with our decision.

In addition, you may wish to contact the victim witness coordinator in your local District Attorney's Office to determine if there are any additional local groups that may be able to offer help to you.

Sincerely,

Janice W. Carmichael
Section Chief

Enclosures





## Crime Victims Compensation Commission
*Know Where to Turn for Help*
www.nccrimecontrol.org/VJS
*An Equal Opportunity/Affirmative Action Employer*

**MAILING ADDRESS:**
4232 Mail Service Center
Raleigh, NC 27699-4232
Telephone: (919) 733-7974

Toll Free 1-800-826-6200

**OFFICE LOCATION:**
512 N. Salisbury Street
Raleigh, NC 27604-1159
Fax: (919) 715-4209

**STATE OF NORTH CAROLINA**

**BEFORE THE NORTH CAROLINA CRIME VICTIMS COMPENSATION COMMISSION**

**CASE: 15-58990**

| | |
|---|---|
| **IN THE MATTER OF THE CLAIM OF** ) | |
| ) | |
| **Claimant:** ) | |
| Teel Styles ) | |
| ) | |
| **Victim:** ) | |
| Dwight P. Styles Jr. ) | **DECISION OF DIRECTOR:** |
| ) | |
| **Offender:** ) | **DENIED** |
| Styles, Jasmine L. ) | |
| ) | |
| **Criminal File:** ) | |
| ) | |
| ) | |

Based upon a thorough investigation and review of the claim filed in the hereinabove-captioned matter, the undersigned makes the following **FINDINGS AND CONCLUSIONS**:

*(1)The criminally injurious conduct for which claimant has applied for compensation was not reported to a law enforcement officer or agency within 72 hours of its occurrence, and investigation of this claim has established no good cause for the delay.*

*G.S. 15B-11(a)(3) requires that an award be denied where the alleged criminally injurious conduct is not reported to a law enforcement officer or agency within 72 hours of its occurrence, and investigation of this claim has established no good cause for the delay; therefore, claimant's claim for compensation must be denied.*

*(2)Investigation of this application for an award has produced insufficient information to establish that claimant's personal injury or death directly and proximately resulted from criminally injurious conduct within the meaning of G.S. 15B.*

*G.S. 15B authorizes an award of compensation to a claimant only when the claimant, or the victim on whose behalf a claimant acts, suffered personal injury or death as a result and proximate result of criminally injurious conduct. Since there is insufficient evidence that criminally injurious conduct occurred in the hereinabove-captioned matter, the claim must be denied.*

*(3)Investigation of the hereinabove-captioned matter by the undersigned with appropriate law enforcement revealed that this incident could not be substantiated.*

*As required by law, this office must verify that a rape or sex offense did occur and that the victim reported the incident to the appropriate law enforcement agency. In that law enforcement was unable to substantiate this incident, this claim for compensation must be denied in accordance with G.S. 143B-480.2*

Based upon the conclusions, the undersigned Director makes the following **DETERMINATION**:

Claimant's claim for compensation is disallowed.

SO ORDERED, Monday, August 17, 2015.

*Janice W. Carmichael*

Janice W. Carmichael
Section Chief

# NOTICE

Pursuant to Chapter 150B, Article 3 of the North Carolina General Statutes, this decision may be appealed by filing a petition for a contested case hearing with the Office of Administrative Hearings:

Mailing Address:
6714 Mail Service Center
Raleigh, NC 27699-6714
(919) 431-3000

Physical Address:
1711 New Hope Church Road
Raleigh, NC 27609-6285
(919) 431-3000

**The petition shall be filed with the Office of Administrative Hearings no later than sixty (60) days from August 17, 2015.  The party who files the petition shall also serve a copy of the petition upon the North Carolina Crime Victims Compensation Commission.**

\* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day pursuant to Chapter 150B, Article 3 of the North Carolina General Statutes, a copy of the foregoing Decision was served upon the person indicated below by placing the same in an official depository of the United States Postal Service wrapped in a wrapper addressed to the person at the latest address given by the person to the agency.

Teel Styles
P.O. Box 601414
Dallas, TX 75360-1414

Janice W. Carmichael
Section Chief

On Behalf of:
NC Crime Victims Compensation Commission

Dated: Monday, August 17, 2015

Details of Complaint

Please type or print the factual details of your complaint in the space provided below. **Please include the date(s) of the alleged misconduct.** If more space is needed, attach additional sheets. Please sign and date each additional sheet. Your complaint should be as specific as possible. PLEASE DO NOT CITE CASE LAW IN YOUR COMPLAINT.

✶**Date(s) of Alleged Misconduct of Judge:** Crime Victims of North Carolina

✶**Factual Details of your complaint against Judge:**

North Carolina crime Victims Services
4332 Mail Services center
Raleigh, North Carolina 27699-4232

I *Teel Styles* ————Hereby filing this crime victims claim on the grounds of Any person Knowingly, having information leading to the arrest and the indictment of a suspected crime victim. I *Teel Styles* hereby filing this claim on behalf of another sexual assault victim. The law states any person having information leading to the arrest and indictment on behalf of another may report a suspected crime to the Local police, Crime Victims, Crime stoppers and any other government agency on behalf of a victim.

This sexual assault victim fall victim On a 3 count ground of the State of North Carolina(DISTRICT Attorney office, Local police department, State Department, Crime clergy, Government penalty of prostitution

1.Ground #1. A previous claim was made on behalf of a another claimant wherefore this claimant *Dwight P. Styles Jr.* was a victim under claim case cause *14-56343* ———— wherefore compensation has yet to have been paid out to all victims under the original case cause.(Failure to respond against North Carolina State Rape Department)

2.Ground #2.This Victim falls victim to a New fact finding sexual assault of An Organization of a crime that lies responsibly of the North Carolina state(infectious disease organizing of a military personal).

3.Ground #3.Violation of the Privacy act Hippa Regulation and PHI Health as to how this information of was made known.expoure of a person personal information through the complex of complaint addressed in the crime victims

This claim was reported to the local police department and as well to crime victims services of North Carolina within the three year crime victims reporting time outlined under the crime victim sexual assault victims.

Military Rape assistants and Collateral . Punitive and monetary damages apply to this claimant in the said Name of *Dwight P. Styles Jr.* ———— presently or formerly resident of The state of North Carolina

✶Printed Name: Teel Styles

✶Signature: _____    ✶Date: 06/03/2015

Revised 07/13/2009

RECEIVED

AUG 1 8 2017

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

JS 44   (Rev. 06/17) - TXND (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Teel  S. STYLES
P.O. BOX 601414 DALLAS TEXAS 75360

**DEFENDANTS**
Edwin  Barry  Young
Fellowship Church Grapevine  2450 TX -121  76051

**(b)** County of Residence of First Listed Plaintiff   DALLAS
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   TARRANT
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*
Dennis Brewer

3-17CV2199-C

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
Plaintiff

☒ 3  Federal Question
*(U.S. Government Not a Party)*

☐ 2  U.S. Government
Defendant

☐ 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                   *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | of Property 21 USC 881 | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | ☐ 690 Other | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| ☒ 195 Contract Product Liability | ☒ 360 Other Personal | Property Damage | Relations | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | | ☐ 893 Environmental Matters |
| | Medical Malpractice | | Leave Act | | ☐ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | or Defendant) | ☐ 899 Administrative Procedure |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | Act/Review or Appeal of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | Agency Decision |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | State Statutes |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other | ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1  Original
Proceeding

☐ 2  Removed from
State Court

☐ 3  Remanded from
Appellate Court

☐ 4  Reinstated or
Reopened

☐ 5  Transferred from
Another District
*(specify)*

☐ 6  Multidistrict
Litigation -
Transfer

☐ 8  Multidistrict
Litigation -
Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Illegal state and Federal Prostitution illegal History Abetting  Sexual Harassment Destruction of wealth Conspiracy.
Brief description of cause:
A Disregard to the Original Claimant. This Claim was original  Filed on An Equal Opportunity Employment  Commission

## VII. REQUESTED IN   COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
45,000,000,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☒ Yes   ☐ No

## VIII. RELATED CASE(S)   IF ANY
*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

## FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____