IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TEEL STYLES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 3:17-CV-2199-C |
| | ) |
| FELLOWSHIP CHURCH and EDWIN BARRY YOUND, | ) |
| | ) |
| Defendant. | ) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions and Recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings, Conclusions and Recommendation of the Magistrate Judge is correct and is accepted as the findings and conclusions of the Court.[1] For the reasons stated in the Report and Recommendation of the United States Magistrate Judge, the above-styled and -numbered civil action is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B).

SIGNED this 6th day of December, 2017.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff failed to file a timely objection within 14 days from the date of the Report and Recommendation.